# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ENRIQUE NUNEZ, III, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 18-4493 |
| : | |
| C/O HEERE, : | |
| : | |
| Defendant. : | |

## ORDER

This 6th day of February, 2020, upon consideration of Defendant's Motion for Summary Judgment, ECF 49, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

      /s/ Gerald Austin McHugh
      Gerald Austin McHugh
      United States District Court Judge